UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY JANE GILBERT,

    Plaintiff,

v.                                             Case No. 10-11331

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                            /

**ORDER GOVERNING OBJECTIONS TO REPORT AND RECOMMENDATION**

A Report and Recommendation having been filed in this case,

IT IS ORDERED that any party objecting to the Report and Recommendation must label each objection as "Objection #1," "Objection #2," etc., and specify precisely the provision of the Report and Recommendation to which it pertains.

IT IS FURTHER ORDERED that not later than fourteen days after service of an objection, the non-objecting party must file a response that specifically addresses each issue raised in the objections, in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc. The response must be concise and proportionate in length and complexity to the objections, but there is otherwise no page limitation.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: August 3, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 3, 2011, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522